RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE  12/13/07
       6B

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAFAYETTE DIVISION

| | |
|---|---|
| **MELVIN SIGUE** | **CIVIL ACTION NO. 07-1367** |
| **VS.** | **SECTION P** |
| **JUDGE LORI A. LANDRY** | **CHIEF JUDGE HAIK** |
| | **MAGISTRATE JUDGE METHVIN** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** pursuant to the provisions of 28 U.S.C. §§1915(e)(2)(B)(iii) and 1915A(b)(2) since plaintiff seeks monetary relief from a defendant who is immune from such relief.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 12 day of December, 2007.

RICHARD T. HAIK, SR.
CHIEF JUDGE